UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
20-CR-146 (SRN)

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                                      )<br>             Plaintiff,               )<br>                                                      )          **MOTION TO CONTINUE CHANGE**<br>        v.                                         )          **OF PLEA HEARING**<br>                                                      )<br> Fornandous Cortez Henderson,  )<br>                                                      )<br>             Defendant.             )  | |

Defendant, Fornandous Cortez Henderson, by and through his attorney, Patrick Cotter, respectfully moves the Court to continue his impending change of plea hearing from Thursday August 13, 2020 to a date to be determined by the parties and the Court.

In support of this motion, defense counsel states that after deliberate consultation with Mr. Henderson there remains issues that must be resolved to ensure a knowing, voluntary and intelligent waiver of his rights at the time of his plea.

This motion is made in the interest of justice and to provide Mr. Henderson the most effective representation in the change of plea and future hearings. The Government does not object to this request.

Respectfully submitted,

**SIEBEN & COTTER, PLLC**

Dated:  August 12, 2020            s/ Patrick L. Cotter
                                                     Patrick L. Cotter (Attorney No. 0319120)
                                                     Attorneys for Defendant
                                                     105 Hardman Court, Suite 110
                                                     South St. Paul, MN 55075
                                                     Phone: (651) 455 -1555
                                                     Fax: (651) 455-9055
                                                     patrick@siebencotterlaw.com