# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## ARRAIGNMENT AND PLEA AGREEMENT HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| | BEFORE: Hon. Susan Richard Nelson, United States District Judge |
| Plaintiff, | |
| v. | Case No.: 20-cr-146 (SRN) |
| | Date: August 26, 2020 |
| | Court Reporter: Carla Bebault |
| FORNANDOUS CORTEZ HENDERSON, | Courthouse: Via Videoconference |
| | Courtroom: -- |
| | Time in Court: 1:22 – 2:12 p.m. |
| Defendant. | Total Time: 50 Minutes |

**APPEARANCES:**

    For Plaintiff:    Alexander Chiquoine, Assistant U.S. Attorney

    For Defendant:    Patrick L. Cotter, ☐ FPD, ☒ CJA, ☐ Retained, ☐ Appointed

    Interpreter/Language:    None / English

**PROCEEDINGS:**

☒ **Arraignment** on:     ☒ Information     ☐ Indictment
☒ **Plea Agreement Hearing.**

☒ Indictment Waived.

☒ **Plea**:
    ☒ Guilty as to Count One of the Information.

☒ Presentence Investigation and Report ordered.

☐ Bond continued under the existing terms and conditions.
    ☐ Additional Conditions:
☒ Defendant remanded to the custody of the U.S. Marshal.

☐ Sentencing is scheduled for *DATE at TIME* in Courtroom 7B before Judge Susan Richard Nelson.
☒ Sentencing date to be determined.

<u>s/SMD</u>
Courtroom Deputy