# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **ORDER** |
| Plaintiff, | |
| v. | 20-cr-146 (SRN) |
| FORNANDOUS CORTEZ HENDERSON, | |
| Defendant. | |

___

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 20-cr-188 (ADM) |
| GARRETT PATRICK ZIEGLER, | |
| Defendant. | |

___

### ORDER OF DIRECTION TO THE CLERK OF COURT
### FOR REASSIGNMENT OF RELATED CASE

Case No. 20-cr-146 having been assigned to Judge Susan Richard Nelson and Case No. 20-cr-188 having later been assigned to Judge Ann D. Montgomery and said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 20-cr-188 be assigned to Judge Susan Richard Nelson, *nunc pro tunc,* by use of a space on the appropriate list of the automated case assignment system. The Clerk of Court is directed to reuse a card on the same list pursuant to the Court's Assignment of Cases Order signed January 10, 2020.

**IT IS FINALLY ORDERED** that a copy of this order shall be filed in each of the above respective files.

DATED:  August 28, 2020	s/Susan Richard Nelson
	SUSAN RICHARD NELSON, Judge
	United States District Court

DATED: August 28, 2020

	s/Ann D. Montgomery
	ANN D. MONTGOMERY, Judge
	United States District Court